McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS: |
|---|---|
| 4400 Blackford Way, Sacramento, CA | 2:18-SW-0265 EFB, |
| 4525 Cedarwood Way, Sacramento, CA | 2:18-SW-0267 EFB, |
| 1 Rancho Torre Ct., Sacramento, CA | 2:18-SW-0268 EFB, |
| 4909 Winamac Dr., Sacramento, CA | 2:18-SW-0269 EFB, |
| 1 Brentford Cir., Sacramento, CA | 2:18-SW-0270 EFB, |
| 5371 Ontario Street, Sacramento, CA | 2:18-SW-0271 EFB, |
| 1701 Neihart Ave., Sacramento, CA | 2:18-SW-0272 EFB, |
| 4343 North Forty, Lincoln, CA | 2:18-SW-0273 EFB, |
| 5755 Twisting Trails Rd., Garden Valley, CA | 2:18-SW-0274 EFB, |
| 8775 McCourtney Rd., Lincoln, CA | 2:18-SW-0275 EFB |
|  | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

FILED APR 24 2019 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK

Upon application of the United States of America and good cause having been shown,

///

///

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE